1  CANDACE A. FRY
   CA Bar No. 68910
2  2401 Capitol Avenue
   Sacramento, CA  95816
3  Telephone:  (916) 446-9322
   FAX:  (916) 446-0770
4
   Attorney for MELODY ANN CAMPBELL,
5  Defendant

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. CR.S-02-214-GEB
                                  )
12            Plaintiff,          )  **STIPULATION AND ORDER ALLOWING**
                                  )  **DEFENDANT LEAVE FROM HOME**
13       v.                       )  **CONFINEMENT**
                                  )
14 MELODY ANN CAMPBELL,           )
                                  )
15            Defendant.          )
                                  )
16 _____ )

17

18      It is hereby stipulated and agreed by and between counsel for the

19 parties, as follows:

20      1.   The defendant, Melody Ann Campbell, is presently serving a

21 one-year period of home detention with electronic monitoring as a

22 condition of supervised release.

23      2.   The defendant shall be allowed a three-day leave from home

24 detention for the sole purposes of traveling to and attending a

25 memorial service for Alvin Peterson, her domestic partner's deceased

26 father, to be held in Point Loma, California.

27      3.   The prospective dates of travel and attendance of the service

28 are December 8, 9 and 10, 2005.  The defendant shall, however, verify

-1-

to the satisfaction of her supervising United States Probation Officer, Alton Dural, the date, place and time of the service, shall provide him with address and telephone number of the place she will be staying and shall obtain any necessary travel authorization documents from him before her departure.

    4.   The defendant's one-year period of home detention shall be tolled for the three days she is absent for the memorial service.

Dated:  November 25, 2005       /s/ CANDACE A. FRY
                                       CANDACE A. FRY, Attorney for
                                       MELODY ANN CAMPBELL

Dated:  November 25, 2005       McGREGOR W. SCOTT
                                       United States Attorney

                                   By /S/ CANDACE A. FRY for
                                     KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney

                                   (Signed for Mr. Melikian with
                                   his telephonic authorization)

## **O R D E R**

IT IS SO ORDERED.

DATED:  November 29, 2005

                                   /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge