PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Melody Ann CAMPBELL |
| **Docket Number:** | 2:02CR00214-01 |
| **Offender Address:** | Rohnert Park, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 05/21/2004 |
| **Original Offense:** | 21 USC 846, 841(a)(1) - Conspiracy to Manufacture Marijuana (CLASS B FELONY) and 21 USC 853(a) - Criminal Forfeiture |
| **Original Sentence:** | 1 day custody Bureau of Prisons; 36-month term of supervised release; $100 special assessment. |
| **Special Conditions:** | Warrantless search; Financial disclosure; Correctional treatment; Substance abuse testing; Alcohol restrictions; Home detention for 12 months; Co-pay for treatment or testing; Register as drug offender. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/21/2004 |
| **Assistant U.S. Attorney:** | Kenneth J. Melikian        **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Troy Ellerman (Appointed)   **Telephone:** (916) 442-5061 |
| **Other Court Action:** | None. |

RE:     **Melody Ann CAMPBELL**
        **Docket Number:   2:02CR00214-01**
        **REPORT OF OFFENDER NON-COMPLIANCE**

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.      FAILURE TO COMPLY WITH CONDITIONS OF HOME CONFINEMENT**

**Details of alleged non-compliance:**   Since the offender was placed on supervision, she has been supervised by the Northern District of California.  According to the supervising probation officer, on January 29, 2006, the offender violated her home confinement schedule and the home confinement condition which restricted her from being out of her residence past 10 p.m.  Specifically, she was granted six hours of earned leave from 2 p.m. to 8 p.m. on the date in question.  The offender was out of her residence from 1:11 p.m. until midnight.  The offender previously requested permission to be out for additional time to participate in and celebrate the wedding of the daughter of her co-defendant/boyfriend, Steve Peterson.  This request was denied.

Ms. Campbell commenced the term of home confinement on February 4, 2005.  Her compliance was marginal.  There were intermittent periods during which she was taken off the program for personal reasons and two other instances in which she committed curfew violations that were addressed informally with program sanctions.  At the time of the current violation, the offender was nearing the end of the program which was scheduled to terminate on February 22, 2006.  It was decided by the supervising probation officer that she would be allowed to remain on the program and complete it, however, she was admonished as to the violation and informed that her earned leave privileges would be forfeited for the duration.  She was also advised this matter would be reported to the Court.

**RE:    Melody Ann CAMPBELL**
       **Docket Number:   2:02CR00214-01**
       <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

To her credit, the offender completed a program of substance abuse counseling and testing without incident.  Further, she has complied with the payment schedule for home confinement fees and has maintained compliance with all of the standard terms of supervision.

**United States Probation Officer Plan/Justification:**  In view of the aforementioned information, it is requested that the offender be allowed to continue on supervision and no additional action be taken at this time.

                         Respectfully submitted,

                          /s/   Cynthia J. Mazzei

                         **CYNTHIA J. MAZZEI**
                         **United States Probation Officer**
                         Telephone:  (916) 930-4315

**DATED:**     March 29, 2006
              Sacramento, California
              CJM:jz


**REVIEWED BY:**     /s/   Lori L. Koehnen   (for)
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

**RE:     Melody Ann CAMPBELL**
         **Docket Number:   2:02CR00214-01**
         <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

**THE COURT ORDERS:**

( X )    The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )     Submit a Request for Modifying the Conditions or Term of Supervision.

(  )     Submit a Request for Warrant or Summons.

(  )     Other:

**Dated:  April 19, 2006**

                                                    <u>`/s/ Garland E. Burrell, Jr.`</u>
                                                    `GARLAND E. BURRELL, JR.`
                                                    `United States District Judge`

cc:     United States Probation
        Kenneth J. Melikian, Assistant United States Attorney
        Troy Ellerman, Defense Counsel

Attachment:  Presentence Report   (Sacramento only)